# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CV616-021 |
| EMANUEL COUNTY BOARD OF COMMISSIONERS et al., | ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Maura Eileen O'Connor of the Lawyers' Committee for Civil Rights Under Law, 1401 New York Avenue, N.W., Suite 400, Washington, DC 20005 for permission to appear pro hac vice on behalf of plaintiffs Georgia State Conference of the NAACP et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Maura Eileen O'Connor as counsel of record for plaintiffs Georgia State Conference of the NAACP et al., in this case.

**SO ORDERED** this __14th__ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA