UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. CV 016 - 021 |
| EMANUEL COUNTY BOARD OF COMMISSIONERS, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petition of Ezra D. Rosenberg of the Lawyers' Committee for Civil Rights Under Law, 1401 New York Avenue, NW, Suite 400, Washington, DC 30005 for permission to appear pro hac vice on behalf of all plaintiffs, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Ezra D. Rosenberg as counsel of record for all plaintiffs, in this case.

**SO ORDERED** this __31st__ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA