IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP et al., | * | |
| Plaintiffs, | * | |
| v. | * | CV 616-021 |
| EMANUEL COUNTY BOARD OF COMMISSIONERS et al., | * | |
| Defendants. | * | |

**O R D E R**

The Court stayed this matter for sixty days on June 7, 2016, and for an additional thirty days on August 8, 2016, while the parties finalized their settlement agreement. (Docs. 30, 32.) The parties now request an additional thirty days. Upon consideration, the Court **GRANTS** the parties' motion. (Doc. 35.) This case shall be **STAYED** for **thirty days.** If the parties have not finalized their settlement agreement by the end of the stay, they are instructed to file their Rule 26(f) report **within fourteen days from that date.**

**ORDER ENTERED** at Augusta, Georgia this 12th day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA