IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GEORGIA STATE CONFERENCE
OF THE NAACP et al.,

    Plaintiffs,

v.

EMANUEL COUNTY BOARD OF
COMMISSIONERS et al.,

    Defendants.

CV 616-021

**O R D E R**

Currently before the Court is the parties' stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 39.) Accordingly, this case is **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case. The parties will bear their own costs and fees.

**ORDER ENTERED** at Augusta, Georgia this 16th day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA